E-FILED
Monday, 26 June, 2017  10:06:40 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| James A. Donald, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 16-cv-1481 |
| | ) | |
| Wexford Health Sources, Inc., | ) | |
| Anthony Carter, O.D., and Kurt D. | ) | |
| Osmundson, D.O., | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION TO COMPEL PRODUCTION OF DOCUMENTS

NOW COMES the Plaintiff, James A. Donald, by and through his attorney Thomas J. Pliura of The Law Offices of Thomas J. Pliura, M.D., J.D., P.C., to respectfully move the Honorable Court for an order compelling Defendant Wexford Health Sources, Inc. to produce documents responsive to Plaintiff's Requests for Production Nos. 1 and 2.  In support of said motion, Plaintiff provides as follows:

1.  On April 17, 2017, Plaintiff propounded its Request for Production of Documents on Defendant Wexford Health Sources, Inc. (hereafter "Wexford").  Request Nos. 1 and 2 sought production of the following materials:

> 1. Any and all audited or unaudited financial statements of Defendant created or relating to Defendants' finances in the last three years.

> 2. Any and all federal tax returns of Defendant from the last three years.

Wexford served its responses on May 17, 2017, asserting a host of objections to Request Nos. 1 and 2, chief among which appear to be relevance and confidentiality.  With respect to the latter, Plaintiff has no objections to the entry of an appropriate protective order to resolve any confidentiality concerns.

1

2.  Counsel for Plaintiff and Wexford conferred via e-mail over a period ranging from May 19 to 22, 2017 in an attempt to resolve relevance concerns.  Unable to reach an accord, a discovery dispute conference was held with the Honorable Court on June 12, 2017.  By Order of the Court dated June 13, 2017, Plaintiff was to file appropriate motion by June 26, 2017.

3.  Plaintiff's argument is simple:  as punitive damages are alleged in Counts II, IV, and VI, evidence of Defendant Wexford's wealth or financial condition is plainly relevant.  This principle has been upheld all the way from the Supreme Court to the Seventh Circuit to the Central District of Illinois.

4.  In *Newport v. Fact Concerts*, the Supreme Court stated that "[e]vidence of a tortfeasor's wealth is traditionally admissible as a measure of the amount of punitive damages that should be awarded…"  *Newport v. Fact Concerts*, 453 U.S. 247, 270 (1981).  In *Contract Utility Sales Co. v. Certain-Teed Corp.*, the Seventh Circuit, upholding the district court's evidentiary rulings and punitive damages award, held as follows:  "To ensure that the penalizing monetary exaction will have a painful effect on the wrongdoer, it is permissible to show the financial condition or wealth of the defendant."  *Contract Utility Sales Co. v. Certain-Teed Corp.*, 748 F.2d 1151, 1156 (7th Cir. 1984).  Lastly, in *Platcher v. Health Prof'ls Ltd.*, the District Court for the Central District of Illinois held that "[a] defendant's financial condition is relevant to the pursuit of punitive damages."  *Platcher v. Health Prof'ls Ltd.*, 2007 U.S. Dist. Lexis 68838 (Cent. Dist. IL 2007).

5.  As stated above, Plaintiff has alleged punitive damages as a part of Counts II, IV, and VI.  Accordingly, information regarding Wexford's financial status was sought through Requests for Production Nos. 1 and 2.  As the Supreme Court, Seventh Circuit, and this

very own District Court has held, Plaintiff's punitive damages allegation renders the

information sought in Request Nos. 1 and 2 plainly relevant to the case.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully moves the Honorable

Court for an order compelling production of documents responsive to Plaintiff's Requests for

Production Nos. 1 and 2.

Respectfully submitted this 26th day of June, 2017,

s/THOMAS J. PLIURA
Thomas J. Pliura,
Attorney for Plaintiff
Law Offices of Thomas J. Pliura, M.D., J.D.
P.O. Box 130
Le Roy, IL 61752
Telephone:  (309) 962-2299
Fax:  (309) 962-4646
tom.pliura@zchart.com

## CERTIFICATE OF SERVICE

State of Illinois          )
                           )
County of McLean        )

     The undersigned attorney states and says that he served the foregoing Document upon the individual(s) listed below via the CM/ECF electronic filing system for the District Court for the Central District of Illinois:

     Joseph N. Rupcich
     CASSIDAY SCHADE LLP
     111 North Sixth Street, 2nd Floor
     Springfield, IL 62701
     (217) 572-1714
     (217) 572-1613 (Fax)
     jrupcich@cassiday.com

     Theresa M. Powell, Esq.
     John D. Hoelzer, Esq.
     Heyl Royster Voelker & Allen
     3731 Wabash Avenue
     P.O. Box 9678
     Springfield IL 62791
     (217) 522-8822
     (217) 523-3902 (Fax)
     tpowell@heylroyster.com
     jhoelzer@heylroyster.com

on the 26th day of June, 2017.

     By: s/THOMAS J. PLIURA
     Thomas J. Pliura,
     Attorney for Plaintiff
     Law Offices of Thomas J. Pliura, M.D., J.D.
     P.O. Box 130
     Le Roy, IL 61752
     Telephone:  (309) 962-2299
     Fax:  (309) 962-4646
     tom.pliura@zchart.com